773 A.2d 1152

JOSEPH HOWARD, ET AL., PLAINTIFFS–RESPONDENTS,
v. UNIVERSITY OF MEDICINE AND DENTISTRY OF
NEW JERSEY, ET AL., DEFENDANTS–MOVANTS.

May 3, 2001—As Corrected May 9, 2001.

Leave to appeal is granted.

773 A.2d 1152

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
DARNELL WILLIAMS, DEFENDANT–PETITIONER.

March 14, 2001.

Petition for certification is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the trial court for resentencing without reference to the No Early Release Act. See *State v. Johnson,* 166 *N.J.* 523, 766 *A.*2d 1126 (2001).